

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00018-CV

**BILLY JOE AKINS, DAVID AKINS, MARILYN AKINS,
AND CHAPARRAL INSULATION, INC. D/B/A
CHAPARRAL MOTORS AND LOCHRIDGE-PRIEST, INC.,**
                                                     **Appellants**

 **v.**

**PJC LOGISTICS, LLC, INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF LOCHRIDGE-PRIEST, INC.,**
                                                     **Appellees**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2014-3463-4**

## MEMORANDUM OPINION

Appellants, Billy Joe Akins, David Akins, Marilyn Akins, and Chaparral Insulation, Inc., and Lochridge-Priest, Inc.,, and Appellees PJC Logistics, LLC, Individually and Derivatively on behalf of Lochridge-Priest, Inc. filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties indicate that they have reached a comprehensive settlement of their disputes. Dismissal of this appeal would

not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Scoggins, and
     Judge Martha J. Trudo[1]
Motion granted; appeal dismissed
Opinion delivered and filed June 11, 2015
[CV06]



---

[1] The Honorable Martha J. Trudo, Judge of the 264th District Court, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 74.003(a) (West 2013).